# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAVERN CHARLES FASTHORSE,

        Petitioner

    v.

STATE OF NEVADA, et al.,

        Respondents

Case No. 2:19-cv-01441-JAD-VCF

**Order Dismissing Action and Denying Certificate of Appealability**

ECF No. 1

        Petitioner Lavern Charles Fasthorse brings this petition for writ of habeas corpus under 28 U.S.C. § 2241 to challenge a state-court conviction.[1]  But this matter was not properly commenced because the petitioner failed to pay the required $5 filing fee or an application to proceed *in forma pauperis.*[2]  So, I dismiss this case without prejudice to Fasthorse's ability to promptly file a new action[3] with either the filing fee or a fully completed application to proceed *in forma pauperis.*

        IT THEREFORE IS ORDERED that **this action is DISMISSED** without prejudice to the filing of a new petition in a new action in the manner described above.

---

[1] ECF No. 1-1.  Petitioner is challenging his custody upon a state-court judgment of conviction, so the action should proceed under 28 U.S.C. § 2254.  Additionally, petitioner has named the incorrect respondent because the warden of the prison is the correct respondent.

[2] *See* 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-1 and 1-2.  In another action filed earlier this year, *Fasthorse v. Howell*, 2:19-cv-00511-APG-PAL, the court told Fasthorse the same thing, yet he still has not followed instructions.

[3] I have preliminarily reviewed the timeliness of this action.  If Fasthorse promptly commences a new habeas corpus action with all the required documents or payment of the filing fee, then it will be timely.

IT FURTHER IS ORDERED that a certificate of appealability is **DENIED** because the court finds that jurists of reason would not find this dismissal of an improperly commenced action without prejudice to be debatable or incorrect.

IT FURTHER IS ORDERED **that the Clerk is directed to SEND** the petitioner two copies each of an application form to proceed in forma pauperis for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action, ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: September 23, 2019.

_____
U.S. District Judge Jennifer A. Dorsey